J. SACKARIS & SONS, INC., Respondent, v TERRA FIRMA CONSTRUC-
TION MANAGEMENT & GENERAL CONTRACTING, LLC, Defen-
dant and Third-Party Plaintiff-Appellant, UNITED STATES
FIDELITY AND GUARANTY COMPANY, Also Known as ST. PAUL
FIRE & MARINE INSURANCE COMPANY, Respondent, et al.,
Defendants. BREGER-TERJESEN ASSOCIATES et al., Third-
Party Defendants-Respondents.

Submitted May 2, 2005; decided May 10, 2005

Motion for leave to appeal denied. Motion for a stay dismissed
as academic.

K., Appellant, v B., Respondent.

Submitted March 28, 2005; decided May 10, 2005

Motion for reconsideration of this Court's February 15, 2005
dismissal order [*see* 4 NY3d 776] denied. Motion for leave to ap-
peal denied.

In the Matter of DALE K. LITTLE, Appellant, v BRION D. TRAVIS,
as Chair of the New York State Board of Parole, Respon-
dent.

Submitted March 14, 2005; decided May 10, 2005

On the Court's own motion, appeal dismissed, without costs,
upon the ground that the issues presented have become moot.
Motion for poor person relief dismissed as academic.

In the Matter of ROBIN L. NORWOOD, Respondent, v JAMES P.
CAPONE, Appellant.

Submitted May 2, 2005; decided May 10, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua
sponte, upon the ground that no appeal lies as of right from the
unanimous order of the Appellate Division absent the direct